PFE/DCG: AUG. 2023
GJ#11

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>WESTERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| SHELBY CHRISTINA SPENCE | ) |

## <u>INDICTMENT</u>

<u>COUNT ONE</u>  [18 U.S.C. § 922(a)(6)]

The Grand Jury charges that:

On or about the 5th day of October 2022, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

**SHELBY CHRISTINA SPENCE,**

in connection with the acquisition of firearms, a **Glock, Model 17, 9mm pistol**, from **Quik Pawn Shop**, located at 622 15th Street, Tuscaloosa, Alabama, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement and did knowingly furnish to an employee of **Quik Pawn Shop**, which statement was intended to and likely to deceive the employee as to a fact material to the lawfulness of such sale of the firearm to **SPENCE**, under Chapter 44 of Title 18, United States Code, in that

**SPENCE** did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Record, stating or representing that she was the actual buyer of the firearm indicated on the Form 4473, when, in fact, as she then knew, she was not the actual buyer of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

A TRUE BILL

/s/ Electronic Signature
_____
FOREPERSON OF THE GRAND JURY

                                      PRIM F. ESCALONA
                                      United States Attorney

                                      /s/ Electronic Signature
                                      _____
                                      DARIUS C. GREENE
                                      Assistant United States Attorney